## UNITED STATES DISTRICT COURT    EASTERN DISTRICT OF TEXAS

DOUGLAS EUGENE MILES,          §
                               §
            Plaintiff,         §
                               §
*versus*                       §    CIVIL ACTION NO. 1:24-CV-427
                               §
STATE OF TEXAS,                §
                               §
            Defendant.         §

### MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Douglas Eugene Miles, an inmate confined at the Jefferson County Correctional Facility, proceeding *pro se*, brought this lawsuit against the State of Texas.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing plaintiff's complaint for failing to state a claim. Additionally, the magistrate judge recommends declining the exercise of supplemental jurisdiction.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

Plaintiff filed this action seeking damages for an alleged violation of the Racketeer Influenced and Corrupt Organizations Act.[1] The magistrate judge found plaintiff's complaint fails to state a claim because it is devoid of factual allegations, the claims potentially seeking criminal prosecution lack any arguable basis in law, and the claims are barred by the Eleventh Amendment.

---

[1] Plaintiff mailed a series of separate complaints in the same envelope. The magistrate judge severed the separate complaints into separate civil rights actions and habeas petitions on June 12, 2025 (# 20).

Plaintiff's objections focus primarily on his alleged unlawful detention and do not challenge the reasons for dismissal of this action. Plaintiff has failed to raise a meritorious objection to the report. After careful consideration, the court concludes plaintiff's objections are without merit and should be overruled.

**O R D E R**

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. It is

**ORDERED** that plaintiff's complaint is **DISMISSED** with prejudice for failure to state a claim. It is further

**ORDERED** that, to the extent plaintiff's complaint may be interpreted as asserting state law claims, the court declines to exercise supplemental jurisdiction in this action pursuant to 28 U.S.C. § 1367(c). A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 9th day of March, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

2